IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV-18-842-D |
| | ) |
| RANDY LYNN MCGUIRE, a/k/a, | ) |
| RANDI MCGUIRE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF HEARING ON
MOTION TO CONFIRM SALE OF REAL ESTATE AND CHATTELS AT
PUBLIC AUCTION AND TO DISBURSE FUNDS**

NOTICE IS GIVEN TO:

Randy Lynn McGuire, a/k/a Randi McGuire, Brandon Cass McGuire, Great Plains National Bank, Red River Brand, LLC, Cheryl R. Lovett, formerly, Cheryl R. Woods, CNH Industrial Capital America, LLC, Dempsey Ridge Wind Farm, LLC, Mack Financial Services, Compsource Mutual Insurance Company, Elk City II Wind, LLC, Trustee of the "Steven R. Holland and Glennyss Holland Revocable Trust dated June 1, 2002, Sate of Oklahoma, ex rel. Oklahoma Tax Commission, Beckham County Treasurer, Board of County Commissioners of Beckham County, Danny McGuire, Stone and Mary Oren, Tom Hawkins, Wayne Gibson, Carl Dunlap, Phil Salisbury, 3W Equipment LLC, Chris and Peggy Mackey, Armitage Equipment, Mac Taylor, Muriel Pruitt, Tony Ray Dibbe, Mike and Gayle Fields, Edward Turner Davis, John Luttmer, Darrell Dunn, Kasey Damron, Carolyn McGuire, Marshall and Joyce Sutton, Thomas Wayne Harkins, Fatman Cycleworks, Jay Wesley Roberts, Brian Wayne Coker, Lee Lovins, and Casey Dale Thomas.

A hearing on the Motion to Confirm the Auctioneers Sale of the following real estate and chattels:

Tract 1

The Northwest Quarter (NW4) of Section 31, Township 11 North, Range 25 W.I.M., Beckham County, Oklahoma

AND

Tract 2

A tract of land lying in Section Thirty-two (32), Township 9 North, Range 25 W.I.M., Beckham County, Oklahoma, being described by metes and bounds as follows:
Beginning at the Southeast Corner of said Section 32; thence S89°15'20" West along South line of Section 32 a distance of 1360.00 feet to the point of beginning; thence continuing S89°15'20" West along said South line a distance of 766.50 feet; thence N00°14'08" west a distance of 100.00 feet; thence S89°15'20" West a distance of 140.00 feet; thence N00°14'08" West a distance of 310.15 feet to the South line of the Lakeview Addition to the City of Erick; thence N90°00'00" East a distance of 906.50 feet; thence S00°14'08" East a distance 398.37 feet to the point of beginning, containing 8.09 acres, more or less:

AND

Tract 3

Lots One (1), Two (2), Three (3), and Four (4) in Block Eight (8) of the Fairview Addition to the City of Erick, Oklahoma;

AND

Tract 4

Lots Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Eleven (11), and Twelve (12) in Block Ten (10) of the Fairview Addition to the City of Erick, Oklahoma.

AND

Tract 5

2

Lot 4, a/d/a the Northwest Quarter of the Northwest Quarter, of Section 3, Township 8 North, Range 25 WIM; and

AND

Tract 6

The South Half of the Southeast Quarter of Section 34, Township 9 North, Range 25 WIM;

All in Beckham County, Oklahoma

## **CHATTELS**

| Qty | Description | Manufacturer | Year | Serial Number |
|---|---|---|---|---|
| 1 | Tractor PMSI FSA | JD | 2007 | RW853D018742 |
| 1 | Loader PMSI FSA | JD | 2013 | 1POH360XKDC006597 |
| 1 | 4 Wheeler | Honda | 2006 | TRX650FA5 |
| 1 | Baler-PMSI FSA | JD | 2007 | E00567x317341 |
| 1 | Baler-PMSI FSA | JD | 1975 | 1425518E |
| 1 | Chisel | JD | Unk | 002362 |
| 1 | Chisel-PMSI FSA | Krause | Unk | 1147 |
| 1 | Disc | Krause | Unk | None available |
| 1 | Ditchwitch | Case | 1966 | X1256514X |
| 1 | Dozer-PMSI FSA | CAT | | 22X344 |
| 1 | Drill | JD | Unk | W08500P000579 |
| 1 | Drill | JD | Unk | W08500P000557 |
| 1 | Drill | JD | Unk | W08500P000555 |
| 1 | Hay loader | Shopmade | Unk | None available |
| 1 | Rake | Vermeer | 2000 | 4815 |
| 1 | Rake-PMSI FSA | NH | 2013 | |
| 1 | Swather-PMSI FSA | JD | 2007 | E04895X320022 |
| 1 | Tractor w/loader | JD | 1968 | 2113R121108R |
| 1 | Tractor-PMSI FSA | JD | 1983 | RW4450P001882 |
| 1 | Tractor-PMSI FSA | JD | 1984 | RW8650H005414 |

| 1 | Trailer | Shopmade | Unk | None available |
|---|---|---|---|---|
| 1 | Trailer-stock | WW | 2011 | 11W55283XBW6487 |
| 1 | Trailer | Shopmade | Unk | None available |
| 1 | Trailer | Shopmade | Unk | None available |
| 1 | Trailer | Shopmade | Unk | None available |
| 1 | Welder | Ranger | Unk | None available |
| 1 | Pickup | Dodge | 1998 | 3B7KF26D7WM232050 |
| 1 | Float | Shopmade | | |
| 1 | Tractor | Ford Model 9N | | None available |
| 1 | Plow | 4 bottom | | None available |
| 1 | Chevrolet | Pickup | 2001 | |
| 1 | Chevrolet | Farm Truck 2ton | | |
| 1 | Chevrolet | Farm Truck C60 | | |
| 1 | GMC | Grain Truck | 1959 | |

is set for April 4, 2019, at 8:45 A.M. before the Honorable Judge DeGiusti at the United States Courthouse, 200 N.W. 4th Street, Oklahoma City, OK  73102.

        ROBERT J. TROESTER
        FIRST ASSISTANT US ATTORNEY

        *s/KAY SEWELL*
        BAR NUMBER:  OBA #10778
        ASSISTANT U.S. ATTORNEY

UNITED STATES ATTORNEY'S OFFICE ❖ WESTERN DISTRICT OF OKLAHOMA
210 PARK AVENUE, SUITE 400 ❖ OKLAHOMA CITY, OK  73102
PHONE:  (405) 553-8807 ❖ FAX: (405) 553-8885
E-MAIL:  KAY.SEWELL@USDOJ.GOV

## CERTIFICATE OF SERVICE

__X__   I hereby certify that on March 13, 2019, a true copy of this pleading was electronically transmitted to the Clerk of the District Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to these parties and counsel registered on ECF:

James Vogt, Counsel for CompSource Mutual Insurance Company
Anna Wyatt, Counsel for State of Oklahoma, ex rel. Oklahoma Tax Commission
Robert N. Sheets, Counsel for Elk City II Wind, LLC
Michael W. Blevins, Counsel for Defendants Randi Lynn McGuire, Brandon Cass McGuire, and Red River Brand, LLC
Matthew J. Hudspeth, Counsel for Great Plains National Bank
John B. Heatley, Counsel for Mack Financial Services

__X__   I hereby certify that a true copy of this pleading was mailed, postage prepaid, via U.S. regular mail, on March 13, 2019, to each of the parties or counsel as indicated below, who are not registered on the Court's ECF system:

Cheryl R. Lovett, formerly, Cheryl R Woods
1925 Oaks Way
Oklahoma City, OK 73131

CNH Industrial Capital America, LLC
1833 S. Morgan Rd.
Oklahoma City, OK 73128

Dempsey Ridge Wind Farm, LLC
1833 South Morgan Rd
Oklahoma City, OK 73128

Trustee of the Steven R. Holland and Glennyss
Holland Revocable Trust dated June 1, 2002
603 E 3rd St
PO Box 315
Erick, OK 73645

Beckham County Treasurer
PO Box 600
Sayre, OK 73662

Board of County Commissioners of Beckham County
c/o County Clerk
PO Box 428
Sayre, OK 73662

Danny McGuire
17306 E. 1130 Rd
Erick, OK 73645

Stone and Mary Oren
1205 S. Sheb Wooley Ave
Erick, OK 73645

Tom Harkins
PO Box 666
Erick, OK 73645

Wayne Gibson
PO Box 28
Erick, OK 73645

Carl Dunlap
PO Box 74
Erick, OK 73645

Phil Salisbury
214257 E. 10 Rd
Vici, OK 73859

3W Equipment LLC
12836 N 2000 Rd
Carter, OK 73627

Chris and Peggy Mackey
18851 E. 1210 Road
Sayre, OK 73662

Armitage Equipment
Box 251
Meeker, OK 74855

Mac Taylor
17735 E. 940 Rd
Reydon, OK 73648

Muriel Pruitt
PO Box 1923
Elk City, OK 73648

Tony Ray Dibbe
512 Maine Street
Arnett, OK 73832

Mike and Gayle Fields
19072 E. 1140 Rd
Sayre, OK 73662

Edward Turner Davis
17307 E 1230 Rd
Erick, OK 73645

John Luttmer
20716 HWY 66 S
Canute, OK 73626

Darrell Dunn
11721 N. 2000 Rd
Elk City, OK 73644

Kasey Damron
12216 N. 1910 Rd
Sayre, OK 73662

Carolyn McGuire
17306 E 1130 Rd
Erick, OK 73645

Marshall and Joyce Sutton
17212 E 1250 Rd
Erick, OK 73645

Thomas Wayne Harkins
17502 E 1239 Rd
Erick, OK 73644

Fatman Cycleworks
18304 E 1140 Rd
Sayre, OK 73662

Jay Wesley Roberts
1023 W C Ave
Elk City, OK 73644

Brian Wayne Coker
12369 N 1700 Rd
Erick, OK 73645

Lee Lovins
237270 East 720 Rd
Oakwood, OK 73658

Casey Dale Thomas
18270 E 1220 Rd
Sayre, OK 73662

                                                                *s/KAY SEWELL*
                                                                 Assistant U.S. Attorney